Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORBIS CORPORATION,<br><br>               Plaintiff,<br><br>    v.<br><br>INTEGRITY WEALTH MANAGEMENT, INC.,<br><br>               Defendant. | Case No. 09-CV-00708 MJP<br><br>STIPULATION AND ORDER TO DISMISS CLAIMS FOR VICARIOUS COPYRIGHT INFRINGEMENT OF UNREGISTERED COPYRIGHTS |

## **I. STIPULATION**

Pending before the Court are Defendant Integrity Wealth Management, Inc.'s ("IWM") Motion to Dismiss Claims for Infringement of Unregistered Copyrights (Dkt. 22), filed on 26 August 2009, and Plaintiff Corbis Corporation's ("Corbis") Motion to Amend Complaint for Damages and Injunctive Relief (Dkt. 27/28). Corbis and IWM hereby jointly stipulate to the following to resolve the issues in dispute in both of these motions in the spirit of cooperation and in the interests of judicial economy:

    1.    Any and all claims of direct copyright infringement in this action are those based on the images contained on only pages 1, 2, 4, 5 & 7 of Appendix A to the Complaint (Dkt. 1).

2. Any and all claims of vicarious copyright infringement in this action are those based on the images contained on only pages 1, 2, 4, 5 & 7 of Appendix A to the Complaint (Dkt. 1).

3. While the parties dispute whether any claim for copyright infringement was based on any unregistered copyrights, in the interest of efficiency, the parties stipulate to the dismissal of any and all claims for vicarious copyright infringement asserted in the Complaint with respect to the images contained on pages 3, 6, 8 & 9 of Appendix A to the Complaint, without prejudice.

4. The parties agree that this Stipulation and Order fully and completely resolve all issues raised by IWM's Motion to Dismiss Claims for Infringement of Unregistered Copyrights (Dkt. 22).

5. All remaining claims in the Complaint that are not explicitly dismissed with this Stipulation and Order, which consist of Corbis' claims for direct and vicarious copyright infringement based upon the images contained on pages 1, 2, 4, 5 & 7 of Appendix A to the Complaint, and Corbis' claims for breach of contract, based upon all nine of the images contained in Appendix A to the Complaint, remain pending before the Court.

6. This Stipulation is intended to resolve both IWM's Motion to Dismiss Claims for Infringement of Unregistered Copyrights (Dkt. 22) and Corbis' pending Motion to Amend Complaint for Damages and Injunctive Relief (Dkt. 27/28). Accordingly, following entry of this Order, Corbis will strike its Motion to Amend Complaint for Damages and Injunctive Relief.

7. Each party is to bear its own costs and attorneys fees with respect to this Stipulation and Order, the dismissal without prejudice of any of Corbis' claims resulting from this Stipulation and Order, IWM's Motion to Dismiss Claims for Infringement of Unregistered Copyrights (Dkt. 22), and Corbis' pending Motion to

Amend Complaint for Damages and Injunctive Relief (Dkt. 27/28). This Stipulation and Order shall in no way be interpreted to render either party a prevailing party on any claims.

Dated this 23rd day of September, 2009.

| LANE POWELL PC | RYAN KROMHOLZ & MANION, S.C. |
|---|---|
| s/<br>Dan J. Donlan, WSBA No. 25374<br>1420 5th Ave Suite, 4100<br>Seattle, Washington, 98101<br>Telephone: 206-223-7000<br>Facsimile: 206-223-7107<br><br>Attorneys for Plaintiff<br>Corbis Corporation | s/<br>Joseph A. Kromholz WI Bar No. 1002464<br>Daniel R. Johnson, WI Bar No. 1033981<br>Garet K. Galster, WI Bar No. 1056772<br>RYAN KROMHOLZ & MANION, S.C.<br>P.O. Box 26618<br>Milwaukee, WI 53226-0618<br>Telephone: (262) 783-1300<br>Facsimile: (262) 783-1211 |

MILLER NASH LLP

s/
James L. Phillips
MILLER NASH LLP
4400 Two Union Square
601 Union Street
Seattle, Washington 98101-2352
TELEPHONE: (206) 622-8484
FACSIMILE: (206) 622-7485

Attorneys for Defendant
Integrity Wealth Management, Inc.

## II. ORDER

Based upon the above Stipulation of the parties, by and through their counsel of record, and for good cause showing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Any and all claims of direct copyright infringement in this action are those based on the images contained on only pages 1, 2, 4, 5 & 7 of Appendix A to the Complaint (Dkt. 1).

2. Any and all claims of vicarious copyright infringement in this action are those based on the images contained on only pages 1, 2, 4, 5 & 7 of Appendix A to the Complaint (Dkt. 1).

3. Any and all claims for vicarious copyright infringement asserted in the Complaint with respect to the images contained on pages 3, 6, 8 & 9 of Appendix A to the Complaint are dismissed without prejudice.

4. This Order fully and completely resolves all issues raised by IWM's Motion to Dismiss Claims for Infringement of Unregistered Copyrights (Dkt. 22).

5. All remaining claims in the Complaint that are not explicitly dismissed with this Order, which consist of Corbis' claims for direct and vicarious copyright infringement based upon the images contained on pages 1, 2, 4, 5 & 7 of Appendix A to the Complaint, and Corbis' claims for breach of contract, based upon all nine of the images contained in Appendix A to the Complaint, remain pending before the Court.

6. Pursuant to the above Stipulation, Corbis shall strike its Motion to Amend Complaint for Damages and Injunctive Relief upon entry of this Order.

7. Each party is to bear its own costs and attorneys fees with respect to this Stipulation and Order, the dismissal without prejudice of Corbis' claims resulting from this Order, IWM's Motion to Dismiss Claims for Infringement of Unregistered

Copyrights (Dkt. 22), and Corbis' pending Motion to Amend Complaint for Damages and Injunctive Relief (Dkt. 27/28).  This Order shall in no way be interpreted to render either party a prevailing party on any claims.

DATED this _24th_ day of_September_, 2009.

_____
Marsha J. Pechman
United States District Judge

Presented by:

| LANE POWELL PC | RYAN KROMHOLZ & MANION, S.C. |
|---|---|
| s/_____<br>Dan J. Donlan, WSBA No. 25374<br>1420 5th Ave Suite, 4100<br>Seattle, Washington, 98101<br>Telephone: 206-223-7000<br>Facsimile: 206-223-7107<br><br>Attorneys for Plaintiff<br>Corbis Corporation | s/_____<br>Joseph A. Kromholz WI Bar No. 1002464<br>Daniel R. Johnson, WI Bar No. 1033981<br>Garet K. Galster, WI Bar No. 1056772<br>RYAN KROMHOLZ & MANION, S.C.<br>P.O. Box 26618<br>Milwaukee, WI  53226-0618<br>Telephone:  (262) 783-1300<br>Facsimile:  (262) 783-1211<br><br>MILLER NASH LLP<br><br>s/_____<br>James L. Phillips<br>MILLER NASH LLP<br>4400 Two Union Square<br>601 Union Street<br>Seattle, Washington 98101-2352<br>TELEPHONE:  (206) 622-8484<br>FACSIMILE:  (206) 622-7485<br><br>Attorneys for Defendant<br>Integrity Wealth Management, Inc. |

STIPULATION AND [PROPOSED] ORDER TO DISMISS
CLAIMS FOR VICARIOUS COPYRIGHT
INFRINGEMENT OF UNREGISTERED
COPYRIGHTS - 5
Case No. 09-CV-00708 MJP

| | |
|---|---|
| 1 | I hereby certify that on this 23rd day of September, 2009, I electronically |
| 2 | filed the foregoing STIPULATION AND [PROPOSED] ORDER TO DISMISS |
| 3 | CLAIMS FOR VICARIOUS COPYRIGHT INFRINGEMENT OF UNREGISTERED |
| 4 | COPYRIGHTS with the Clerk of the Court using the CM/ECF system which will send |
| 5 | notification of such filing to all counsel of record: |

*s/*
James L. Phillips, WSB No. 13186
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, Washington 98101-2352
Telephone: (206) 622-8484
Fax: (206) 622-7485
Email: james.phillips@millernash.com

Attorneys for Defendant
Integrity Wealth Management, Inc.

CERTIFICATE OF SERVICE - 1
Case No. 09-CV-00708 MJP

Ryan Kromholz & Manion, S.C.
P.O. Box 26618
Milwaukee, WI 53226-0618
(262) 783-1300

SEADOCS:405200.1